

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-15-00534-CV

Patricia Jo **KARDELL**, Martin Murphy Snowden, Mickey Darrell Snowden and Mary Delilla Snowden,
Appellants

v.

**SWIFT ENERGY OPERATIONS, LLC,** Edwin V. Acker, Jr., Stephen Adolph Acker, Elaine Acker George, Shella Acker Bonner, and Edwin Scott Acker,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 12-06-001222-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file their brief is GRANTED. Appellants' brief is due November 25, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court